Transcribed by https://otter.ai https://www.youtube.com or www.facebook.com https://www.youtube.com or www.facebook.com https://www.facebook.com
judges: Thomas, Friedland, Ezra